UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LLOYD T. ELDER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:20-cv-00220-JPH-MJD |
| ) | |
| KEISHA DOBSON, et al. ) | |
| ) | |
| Defendants. ) | |

**Order Denying Motion for Update**

In his motion for update, plaintiff Lloyd Elder asks the Court to rule in his favor because defendants Keisha Dobson and Laura Smith have not yet appeared and answered the complaint. That request, dkt. [29], is **denied**. The Court first attempted to effect service on them by sending them Notice of Lawsuit and Request to Waive Service of a Summons Forms. Because they did not respond and therefore did not waive service of a summons, the Court has directed the United States Marshal to serve them with a summons, but that service is not yet complete. Dkt. 25. Because the defendants have not yet been served with a summons, they are not in default and it is not appropriate to issue judgment in the plaintiff's favor.

**SO ORDERED.**

Date: 11/10/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

LLOYD T. ELDER, SR.
KNOX COUNTY LAW ENFORCEMENT CENTER
2375 South Old Decker Road
Vincennes, IN 47591